# KAYE SCHOLER LLC

Laura Pieper Schroeder
312 583-2373
lschroeder@kayescholer.com

3 First National Plaza
Suite 4100
70 West Madison Street
Chicago, Illinois 60602-4231
312 583-2300
Fax 312 583-2360
www.kayescholer.com

November 4, 2005



U. S. DISTRICT COURT - DE
MISC. CASE # 05-229

US Bankruptcy Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

Re: <u>SEC v. Northshore Asset Management LLC, et al</u>.
Case No. 05-2912 (RO); Honorable Richard Owens

Dear Clerk of the Court:

This is to advise you that Arthur Steinberg, the court-appointed receiver ("Receiver") for defendants Northshore Asset Management, LLC, Ardent Research Partners L.P., Ardent Research Partners, Ltd., and Saldutti Capital Management, L.P. (collectively, the "Defendants"), has taken exclusive jurisdiction over the receivership estate (the "Receivership Estate") in the above captioned action.

A portion of the property encompassed in the Receivership Estate may be located in your jurisdiction. We therefore are enclosing for filing copies of the Complaint and Orders establishing the Receivership as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court for the Southern District of New York, in an order staying all legal proceedings involving the Receivership Estate, prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining whether and where legal proceedings pertaining to the Receivership Estate are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you.

We have enclosed extra copies of the Order entered on October 27, 2005, which we request that you stamp filed and return in the enclosed self-addressed stamped envelope.

29032707.DOC

**KAYE SCHOLER** LLC

2                                      September 16, 2005

Please do not hesitate to contact me if you have any questions.

Regards,

*[signature]*

Laura Pieper Schroeder

29032707.DOC